# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Rooftop Group International Pte. Ltd., | § | Case No. 19-43402-mxm11 |
| | § | |
| Debtor. | § | |

## AMENDED NOTICE OF HEARING

Please take notice that the hearing on the Debtor's *Motion for an Order (a) Authorizing a Public Auction for the Sale of Certain Assets Free and Clear of All Liens, Claims and Encumbrances; (b) Approving Procedures for the Solicitation of Bids; (c) Approving the Stalking Horse Bid and Related Bid Protections; (d) Authorizing the Sale of Assets; and (e) Granting Related Relief* [Docket No. 44] has been rescheduled for **September 16, 2019, at 9:30 am** before the Honorable Mark X. Mullin at the United States Court House, 201 West 10th Street, Room 122, Fort Worth, Texas 76102.

Dated: September 4, 2019            Respectfully submitted,

By: */s/ Michael P. Cooley*
    Michael P. Cooley (SBN 24034388)
    Keith M. Aurzada (SBN 24009880)
    Lindsey L. Robin (SBN 24091422)
    **REED SMITH LLP**
    2501 N. Harwood, Suite 1700
    Dallas, Texas 75201
    T:  469.680.4200
    F:  469.680.4299
    mpcooley@reedsmith.com
    kaurzada@reedsmith.com
    lrobin@reedsmith.com

*Counsel to the Debtor*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on September 4, 2019, a true and correct copy of the foregoing document was served (i) via the Court's Electronic Case Filing (ECF) system upon all parties registered to receive electronic notices in this case, including the Office of the United States Trustee and counsel for the Official Committee of Unsecured Creditors; and (ii) via email to the creditors named on the Debtors' Form 204 "20 Largest Creditors List."

*/s/ Michael P. Cooley*
Michael P. Cooley