Katharine Battaia Clark
Britton D. McClung
Laura M. Fontaine
HEDRICK KRING, PLLC
1700 Pacific Avenue, Suite 4650
Dallas, Texas 75201
Tel Phone: (214) 880-9600
Fax: (214) 481-1844
KClark@HedrickKring.com
Britt@HedrickKring.com
Laura@HedrickKring.com
**Attorneys for Triumphant Gold Limited**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ROOFTOP GROUP INTERNATIONAL PTE. LTD, | § § § | CASE NO. 19-43402-MXM-11 |
| | § | |
| Debtor. | § | |

**TRIUMPHANT GOLD LIMITED'S JOINDER IN OBJECTION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO <u>DEBTOR'S SECOND MOTION TO EXTEND TIME TO FILE A CHAPTER 11 PLAN</u>**

[Relates to Dkt No. 142]

Triumphant Gold Limited ("TGL"), creditor, hereby files this its Joinder in Objection by Official Committee of Unsecured Creditors to Debtor's Second Motion to Extend Time to File a Chapter 11 Plan.

1. On November 5, 2019, Debtor Rooftop Group International Pte. Ltd. filed its Second Motion to Extend Time to File a Chapter 11 Plan [Dkt. No. 136].

2. On November 22, 2019, the Official Committee of Unsecured Creditors filed its Objection to Debtor's Second Motion to Extend Time to File a Chapter 11 Plan [Dkt. No. 142].

3. Creditor TGL hereby joins in the Official Committee of Unsecured Creditors' objection.

WHEREFORE, PREMISES CONSIDERED, TGL respectfully requests that the Court deny the relief sought in the Debtor's Second Motion to Extend Time to File a Chapter 11 Plan, and grant such other and further relief as the Court may deem just and proper.

Dated: November 25, 2019

Respectfully submitted,

/s/ *Laura M. Fontaine*

**Katharine Battaia Clark**
Texas State Bar No. 24046712
**Britton D. McClung**
Texas State Bar No. 24060248
**Laura M. Fontaine**
Texas State Bar No. 24065239

**HEDRICK KRING, PLLC**
1700 Pacific Avenue, Suite 4650
Dallas, Texas 75201
Tel Phone: (214) 880-9600
Fax: (214) 481-1844
KClark@HedrickKring.com
Britt@HedrickKring.com
Laura@HedrickKring.com

**ATTORNEYS FOR TRIUMPHANT GOLD LIMITED**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system on the 25th day of November, 2019 via electronic mail.

/s/ *Laura A. Fontaine*
Laura A. Fontaine