# Exhibit 3

**Notice of Effective Date**

| | |
|---|---|
| Judith W. Ross | James E. Van Horn |
| State Bar No. 21010670 | (admitted *pro hac vice*) |
| Rachael L. Smiley | BARNES & THORNBURG LLP |
| State Bar No. 24066158 | 1717 Pennsylvania Avenue NW, Suite 500 |
| ROSS & SMITH, PC | Washington, DC 20006-4623 |
| 700 North Pearl Street, Suite 1610 | Telephone: 202-371-6351 |
| Dallas, Texas 75201 | Facsimile: 202-289-1330 |
| Telephone: 214-377-7879 | Email:  jvanhorn@btlaw.com |
| Facsimile: 214-377-9409 | |
| Email:  judith.ross@judithwross.com | |
|   rachael.smiley@judithwross.com | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| Rooftop Group International Pte. Ltd., *et al.*[1] | § | Case No. 19-43402-mxm |
| | § | |
| Debtors. | § | Jointly Administered |

**NOTICE OF (I) OCCURRENCE OF EFFECTIVE DATE OF ORDER CONFIRMING THE PLAN OF REORGANIZATION/LIQUIDATION OF ROOFTOP GROUP INTERNATIONAL PTE. LTD., ROOFTOP GROUP SERVICES (US), INC. AND ROOFTOP GROUP USA, INC. PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ROOFTOP GROUP INTERNATIONAL PTE. LTD. AND THE CHAPTER 11 TRUSTEE OF ROOFTOP GROUP SERVICES (US), INC.  AND <u>ROOFTOP GROUP USA, INC. AND (II) ADMINISTRATIVE CLAIMS BAR DATE</u>**

**PLEASE TAKE NOTICE THAT:**

1. <u>*Confirmation of the Plan*</u>. On August [ ], 2020 the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**") entered an Order (the "**Confirmation Order**") confirming the *Plan of Reorganization/Liquidation of Rooftop Group International Pte. Ltd., Rooftop Group USA, Inc. and Rooftop Group Services (US) Inc. Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Official Committee of Unsecured Creditors of Rooftop Group International Pte. Ltd. and the Chapter 11 Trustee of Rooftop Group*

---

[1] The Debtors in these chapter 11 cases are, including the last four digits of their respective EIN numbers, as follows: Rooftop Group International Pte. Ltd. (no EID), Rooftop Group USA, Inc. (8810) and Rooftop Group Services (US), Inc. (3705).  The mailing address for Rooftop International is 5218 Spruce Street, Bellaire, TX 77401, and the mailing address for the chapter 11 Trustee of Rooftop USA and Rooftop Services is 509 North Montclair Avenue, Dallas, Texas 75208-5498.

*USA, Inc. and Rooftop Group Services (US) Inc.* [Docket No. ___] (as modified and amended in accordance with the terms of the Confirmation Order, the "**Plan**"). Copies of the Confirmation Order and the Plan are available, for a fee, through the Bankruptcy Court's website via PACER at https://www.txnb.uscourts.gov/, or without cost by contacting the undersigned counsel at the addresses below. Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan or the Confirmation Order.

  2. *Effective Date*. The Effective Date of the Plan occurred on _____ .

  3. *Administrative Claims Bar Date*. The Administrative Claims Bar Date for applications or requests for payment of Administrative Claims (as defined in the Plan) shall be **thirty (30) calendar days after the Effective Date.** Any Person or Entity that is required to file and serve a request for payment of an Administrative Claim and fails to timely file with the Bankruptcy Court and serve such a request on counsel for the Post-Confirmation Debtor and the Litigation Trustee shall be forever barred, estopped and enjoined from asserting such Administrative Claim or participating in distributions under the Plan on account thereof. Any such request for payment of an Administrative Claim must be served on counsel for the Post-Confirmation Debtor and the Litigation Trustee: (i) Barnes & Thornburg LLP, 1717 Pennsylvania Avenue NW, Suite 500, Washington, DC 20006-4623, Attn: James E. Van Horn; (ii) Ross & Smith, PC, 700 North Pearl Street, Suite 1610, Dallas, Texas 75201, Attn: Rachael L. Smiley; and (iii) Sherman & Yaquinto, L.L.P., 509 N. Montclair Avenue, Dallas, TX 75208-5498, Attn: Daniel J. Sherman.

Dated: _____ , 2020

              */s/*_____
              Judith W. Ross
              State Bar No. 21010670
              Rachael L. Smiley
              State Bar No. 24066158
              ROSS & SMITH, PC
              700 North Pearl Street, Suite 1610
              Dallas, Texas 75201
              Telephone: 214-377-7879
              Facsimile: 214-377-9409
              Email: judith.ross@judithwross.com
              rachael.smiley@judithwross.com

              -and-

              James E. Van Horn
              (admitted *pro hac vice*)
              BARNES & THORNBURG LLP
              1717 Pennsylvania Avenue NW, Suite 500
              Washington, DC 20006-4623
              Telephone: 202-371-6351
              Facsimile: 202-289-1330

Email: jvanhorn@btlaw.com

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ROOFTOP GROUP INTERNATIONAL PTE. LTD.**